report of referee granted. Order signed. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Disbar an Attorney. (LOUIS KAYE, Formerly Known as LOUIS KAMINETSKY, Respondent.) — Motion granted, respondent disbarred, and his name ordered stricken from the roll of attorneys. Respondent was indicted by the Federal grand jury of the crime of using the United States mails for the purpose of defrauding casualty companies into paying moneys to fraudulent claimants for alleged personal injuries. He pleaded guilty on one of several counts and was sentenced to the Atlanta Penitentiary for one year and three months. His crime was a felony and his automatic disbarment necessarily follows.* Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

MARY JAMES, Appellant, v. WALTER A. JAMES and CHARLOTTE A. JAMES, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

JOHN LACKNER COMPANY, Respondent, v. JOHN LACKNER, Appellant. (Action No. 1.) — Motion to strike case from calendar denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

JOHN LACKNER COMPANY, Respondent, v. JOHN LACKNER, Appellant. (Action No. 2.) — Motion to strike case from calendar denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

WILLIAM P. LANGEVIN, Appellant, v. NEW YORK SANITARY UTILIZATION COMPANY and Others, Respondents.— Motion to dismiss appeal denied, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

MARY M. LEDWITH, Appellant, v. OTTO A. ROSALSKY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

HAZEL G. LEWIS, as Administratrix, etc., of JAMES LEONARD LEWIS, Respondent, v. ROUX TRUCKING CORPORATION, Defendant. CHARLES J. DODD, District Attorney, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

FRED LIESE, Doing Business as FRED LIESE CONSTRUCTION COMPANY, Respondent, v. VERA LEVEY, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

FRANK MADOLE and Others, etc., Respondents, v. RICHARD E. GAVIN, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

MAYANNABERT REALTY Co., INC., Respondent, v. I. & M. BUILDING CORPORATION, FRANKO ARMS CORPORATION and Others, Defendants. REUBEN COHEN, Appellant.— Motion for stay granted, without costs. Order to be agreed upon. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

* See Judiciary Law, § 88, subd. 3; Id. §§ 477, 478.— [REP.